UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC LEE HACKETT,<br><br>       Petitioner,<br><br>  vs.<br><br>CITY OF FRESNO, et al.,<br><br>       Respondent.<br>_____/ | 1:09-cv-00855 OWW YNP DLB (HC)<br><br>ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:** **June 12, 2009**         **/s/ Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE