UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC LEE HACKETT,<br><br>             Petitioner,<br><br>     v.<br><br>CITY OF FRESNO, et al.,<br><br>             Respondents.<br>_____ / | 1:09-cv-00855 OWW MJS (HC)<br><br>ORDER DISMISSING PETITIONER'S MOTION REQUESTING A FAIR HEARING<br><br>[Doc. 14] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 8, 2009, Petitioner filed a request for a fair hearing. Petitioner is entitled to the appropriate adjudication of his petition in accordance with the Rules Governing Section 2254 Cases and the Federal Rules of Civil Procedure. Should the petition be heard on the merits, Petitioner is entitled to a full and fair hearing. Thus, this motion requests relief that Petitioner is already entitled to under applicable law. Accordingly, the motion is hereby DISMISSED.

IT IS SO ORDERED.

Dated:     September 28, 2010          /s/ *Michael J. Seng*

-1-

UNITED STATES MAGISTRATE JUDGE

-2-