UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC LEE HACKETT, | 1:09-cv-00855 OWW MJS HC |
| Petitioner, | ORDER DENYING PETITIONER'S MOTIONS FILED AFTER DISMISSAL OF PETITION |
| v. | |
| CITY OF FRESNO, et al., | [Docs. 32-35.] |
| Respondents. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On October 27, 2010, the undersigned dismissed the petition for failure to exhaust state remedies and failure to follow a court order, ordered the case closed, and directed that judgment be entered. The Clerk of Court entered judgment on the same date.

On November 17, 2010, Petitioner filed a motion for probable cause determination. On November 18, 2010, Petitioner filed a notice regarding claim for damages. On November 29, 2010, Petitioner filed a complaint demanding relief on assault and battery. On December 13, 2010, Petitioner filed a notice of quasi-tort and violation of California Penal Code Section 243.35.

By way of the above motions, Petitioner continues to attempt to litigate his case.

1  Petitioner is informed that this case is closed. His arguments have been heard and relief has
2  been denied.
3       Accordingly, the above referenced motions are DENIED, and Petitioner is informed that
4  any further filings will be stricken.
5  IT IS SO ORDERED.

6  **Dated:   December 21, 2010**              /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE